WR-40,953-05
WR-40,953-06
40,953-03,04,
05,06

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 15 2015

Abel Acosta, Clerk

Dear Clerk

DATE MAY-12-15

I'm writing to ask about "FACTS FINDINGS CONCLUSION TO LAW" that my county refused to send me. I got notice on MAY 110th 2015 that they will "NOT" BE DOING A FACT FINDING and that is why I did not get a copy. Since these set of writs was dismissed back in 2012 "WITHOUT NOTICES" and my Amended WRIT I filed in April 2012 was after the "Mandate", the cause of the first dismissal, then I beleave they must do one Correct? They did not answer the Amend writ either. The first Writ was filed WITHOUT my concent, Nor did I know it was filed until I got notice from the convicting court, that is why I submitted an Amend writ.

I also wrote your office to find out If a notice of the dismissals of Writ(s) Numbered ① WR-40,953-03 WR 40953-04 was mailed or do you have records showing I was notified of these dismissal?

I THANK YOU FOR YOUR TIME IN THESE MATTERS, Any help in these matters would be greatly APPRECIATED

I REMAIN Your HUMBLE SERVANT

RESPECTFULLY

Ricky